**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| MARY ANN DELIBERTO | NO. 09-24555 |
| DEBTOR | JUDGE: Squires |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents BAC HOME LOANS SERVICING,LP FKA COUNTRYWIDE HOME LOANS SERVICING LP in your Chapter 13 case number 09-24555.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  As of 07/11/2011, the post-petition sums due and collectable are as follows:

02/2011 – 07/2011 monthly payments at    = $             14,897.16
$2,482.86 each

Suspense Credit
$2050.45

TOTAL                                    = $             12,846.71

Respectfully submitted,

 /s/ Josephine J. Miceli
Attorney for BAC HOME LOANS SERVICING,LP FKA
COUNTRYWIDE HOME LOANS SERVICING LP

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC 2121 Waukegan Road, Suite 301 Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-024879

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**